**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

---

| | |
|---|---|
| Sheila Smith, | : |
| | : |
| | : Civil Action No.:  1:16-cv-00880-RDB |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| Educational Credit Management Corporation, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

---

## STIPULATION OF DISMISSAL

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| | |
|---|---|
| Sheila Smith | Educational Credit Management Corporation |
| | |
| ___/s/ Sergei Lemberg_____ | _/s/ Birgit Dachtera Stuart_____ |
| | |
| Sergei Lemberg, Esq. | Birgit Dachtera Stuart, Esq. |
| Lemberg Law, LLC | Law Offices of Ronald S. Canter, LLC |
| 43 Danbury Road, Third Floor | 200 Monroe Street |
| Wilton, CT 06897 | Rockville, MD 20850 |
| Telephone: (203) 653-2250 | Telephone: (301) 424-7490 |
| slemberg@lemberglaw.com | bstuart@roncanterllc.com |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 7, 2016, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By <u>/s/ Sergei Lemberg</u>
Sergei Lemberg, Esq.